IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |   |
|---|---|---|
|   | ) |   |
| v. | ) | NO. 3:16-00193 |
|   | ) |   |
| JUDSON FEMINE | ) |   |

**ORDER**

On October 7, 2016, defendant Judson Femine, appeared with counsel, AFPD Wooten, and also came the Assistant U.S. Attorney, for an initial appearance on the Indictment issued on September 21, 2016. The defendant was advised of the charges, penalties and his rights. The Government moved for detention. By and through counsel the defendant waived his right to a detention hearing, reserving his right to seek release at a future date. It is therefore

ORDERED that defendant be detained until trial, and defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility pending disposition of the charges filed against him, and he shall be held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge